UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nicole Casto v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10845-DRH |
| *Deb Conley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12679-DRH |
| *Kasey W. Kirby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13141-DRH |
| *Marybeth Leitch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10850-DRH |
| *Shereriva McCoy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12463-DRH |
| *Tricia J. Ninneman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12676-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 2, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY: /s/*Caitlin Fischer*
> Deputy Clerk

**Dated:** September 2, 2014

Digitally signed by David R. Herndon
Date: 2014.09.02 14:11:23 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**